NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**ITG VOMA CORPORATION, CHINA RUBBER INDUSTRY ASSOCIATION, SUB-COMMITTEE OF TIRE PRODUCERS OF THE CHINA CHAMBER OF COMMERCE OF METALS, MINERALS & CHEMICAL IMPORTERS,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC,**
*Defendants-Appellees*

───────────────

2017-2618, 2017-2619

───────────────

Appeals from the United States Court of International Trade in Nos. 1:15-cv-00255-JCG, 1:15-cv-00258-JCG, Judge Jennifer Choe-Groves.

───────────────

**JUDGMENT**

───────────────

JONATHAN THOMAS STOEL, Hogan Lovells US LLP, Washington, DC, argued for plaintiff-appellant ITG Voma Corporation. Also represented by SEAN-MICHAEL CARLESIMO, CRAIG ANDERSON LEWIS.

NED H. MARSHAK, Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP, New York, NY, argued for plaintiffs-appellants China Rubber Industry Association, Sub-Committee of Tire Producers of the China Chamber of Commerce of Metals, Minerals & Chemical Importers. Also represented by BRUCE M. MITCHELL, MAX FRED SCHUTZMAN; JORDAN CHARLES KAHN, ANDREW THOMAS SCHUTZ, Washington, DC.

COURTNEY SHEEHAN MCNAMARA, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for defendant-appellee United States International Trade Commission. Also represented by DOMINIC L. BIANCHI, ANDREA C. CASSON.

GEERT M. DE PREST, Stewart & Stewart, Washington, DC, argued for defendant-appellee United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO-CLC. Also represented by NICHOLAS J. BIRCH, PATRICK JOHN MCDONOUGH, JENNIFER MICHELE SMITH, TERENCE PATRICK STEWART.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 19, 2019                   /s/ Peter R. Marksteiner
Date                                 Peter R. Marksteiner
                                     Clerk of Court